## *ORDER*

PER CURIAM.

The Order of the Superior Court is affirmed.

---

## *ORDER*

PER CURIAM.

The Order of the Superior Court is affirmed.

---

**COMMONWEALTH of Pennsylvania,**
**Appellee,**

v.

**Jose Geraldo ORTIZ, Appellant.**

Supreme Court of Pennsylvania.

Argued May 15, 2003.

Decided June 5, 2003.

Jeanne Trivellini, Pine Forge, for Jose Ortiz.

Mark Carlyle Baldwin, Iva C. Dougherty, Reading, Kelly S. Kline, for Commonwealth of Pennsylvania.

Before CAPPY, C.J., and ZAPPALA, CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and LAMB, JJ.

---

**COMMONWEALTH of Pennsylvania,**
**Respondent,**

v.

**Sherman MACK, Petitioner.**

Supreme Court of Pennsylvania.

June 5, 2003.

## *ORDER*

PER CURIAM.

**AND NOW,** this 5th day of June, 2003, the Petition for Allowance of Appeal is hereby **GRANTED** in part, but **LIMITED** to the issue of whether trial counsel was ineffective by failing to file a motion to suppress the evidence found in the second search of Michelle Wilkinson's vehicle and in failing to object to that evidence being introduced into evidence. *See* "Statement Pursuant to Rule 1925(b) of Appellate Procedure," p. 3, para. 2a. The matter is **REMANDED** to the Superior Court for consideration and determination of this is-